IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

| | |
|---|---|
| **BARBARA G. MEINHARDT,** | Civil File No. 2:12-cv-02278-JTM-KMH |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **STATE COLLECTION SERVICE, INC.,** | |
| Defendant. | |

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Barbara G. Meinhardt, and the defendant, State Collection Service, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: September 26, 2012

By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone: (913) 451-9797
Facsimile: (913) 451-6163
Email: Mark@MeinhardtLaw.com
ATTORNEY FOR PLAINTIFF

Dated: September 26, 2012

By: /s/Louis J. Wade
Louis J. Wade, #13042
Katherine S. Clevenger, #23914
McDowell Rice Smith & Buchanan P.C.
605 West 47th Street
Kansas City, MO 64112
Telephone: (816) 960-7342
Fax: (816) 753-9996
Email: lwade@mcdowellrice.com
Email: kclevenger@mcdowellrice.com
ATTORNEY FOR DEFENDANT